IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY D. EASLEY,<br><br>    Plaintiff,<br><br>  v.<br><br>COUNTY OF SANTA CLARA, et al.,<br><br>    Defendants. | No. C 09-5874 LHK (PR)<br><br>ORDER OF DISMISSAL |

On December 15, 2009, Plaintiff, formerly housed at the San Jose Jail and proceeding *pro se*, filed a civil rights complaint pursuant to 42 U.S.C. § 1983 alleging that various Santa Clara County officials violated his constitutional rights. On November 19, 2010, Plaintiff filed a notice of voluntary dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1). Plaintiff may voluntarily dismiss his complaint without order of this Court if his files his notice before Defendants serve an answer or motion for summary judgment. *See* Fed. R. Civ. P. 41(a)(1)(i); *American Soccer Co. v. Score First Enters.*, 187 F. 3d 1108, 1110 (9th Cir. 1999) (noting that a plaintiff has an "absolute right" to dismiss his action voluntarily before defendant serve an answer or a motion for summary judgment). Accordingly, this action is DISMISSED without prejudice. The Clerk shall close the file.

IT IS SO ORDERED.

DATED:   11/24/2010

_____
LUCY H. KOH
United States District Judge

Order of Dismissal
P:\PRO-SE\SJ.LHK\CR.09\Easley874voldis.wpd