IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| GARY D. EASLEY, | ) | No. C 09-5874 LHK (PR) |
| Plaintiff, | ) ) | JUDGMENT |
| v. | ) ) | |
| COUNTY OF SANTA CLARA, et al., | ) ) | |
| Defendants. | ) ) | |

The Court dismisses this action without prejudice. A judgment is entered accordingly. The Clerk shall close the file.

IT IS SO ORDERED.

DATED:   11/24/2010

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

Judgment
P:\PRO-SE\SJ.LHK\CR.09\Easley874jud.wpd